AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Vincent Iavaroni and Bess Solomon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23 Civ. 4576 |
| Hylan Supply Corp., Hylan Hardware Inc., and Carlo Saccheri | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vincent Iavaroni and Bess Solomon

Date: 06/20/2023

*Attorney's signature*

Camille A. Sanchez (6018014)
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue 17th Floor
New York, New York 10022

*Address*

sanchez@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*