UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VINCENT IAVARONI and BESS SOLOMON,

          Plaintiffs,

                                              Case No.: 23-cv-04576

   -against-

HYLAN SUPPLY CORP., HYLAN HARDWARE
INC., and CARLO SACCHERI,                  **STIPULATION**

          Defendants.
-------------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel in the above-entitled action, that the time for Defendants **HYLAN SUPPLY CORP., HYLAN HARDWARE INC., and CARLO SACCHERI,** to file an Answer or otherwise respond is hereby extended to September 30, 2023.

        **IT IS FURTHER STIPULATED AND AGREED** that Defendant's counsel has accepted service of process on and that Defendants, **HYLAN SUPPLY CORP., HYLAN HARDWARE INC., and CARLO SACCHERI,** hereby waives any objections to personal jurisdiction and/or the adequacy of service of process.

        **IT IS FURTHER STIPULATED AND AGREED**, that counsel for Defendants **HYLAN SUPPLY CORP., HYLAN HARDWARE INC., and CARLO SACCHERI** shall file this stipulation via electronic case filing upon full execution by the undersigned counsel, which may be executed in counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

                                        [Signature Page Follows]

Dated: August 29, 2023
New York NY

| | |
|---|---|
| **PECHMAN LAW GROUP PLLC** | **KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC** |
| By: _____ <br> Camille A. Sanchez, Esq. <br> (6018014) <br> 488 Madison Avenue, 17th Fl <br> New York NY 10022 <br> (212) 583-9500 <br> sanchez@pechmanlaw.com | By: _____ <br> Andreas Koutsoudakis, Esq. <br> (AK4162) <br> 40 Wall Street, 49th Floor <br> New York NY 10005 <br> (212) 404-8644 <br> andreas@kilegal.com |