UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
VINCENT IAVARONI and BESS SOLOMON,       :
                                          :
                      Plaintiffs,      :        No. 23 Civ. 4576 (DG)(JRC)
                                          :
    -against-                            :
                                          :
HYLAN SUPPLY CORP., HYLAN HARDWARE        :        **PROPOSED JUDGMENT**
INC., and CARLOS SACCHERI,                :
                                          :
                      Defendants.     :
------------------------------------------------------------------- X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Vincent Iavaroni and Bess Solomon ("Plaintiffs") on January 16, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants Hylan Supply Corp., Hylan Hardware Inc., and Carlos Saccheri, jointly and severally, in the amount of $70,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated:  New York, New York

      _____, 2024

                                                                   _____
                                                                   DIANE GUJARATI
                                                                   United States District Judge