UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
VINCENT IAVARONI and BESS SOLOMON,

                          Plaintiffs,                        No. 23 Civ. 4576 (DG)(JRC)

    -against-

HYLAN SUPPLY CORP., HYLAN HARDWARE             **JUDGMENT**
INC., and CARLOS SACCHERI,

                          Defendants.
-----------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Vincent Iavaroni and Bess Solomon ("Plaintiffs") on January 16, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants Hylan Supply Corp., Hylan Hardware Inc., and Carlos Saccheri, jointly and severally, in the amount of $70,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated:  Brooklyn, New York                        BRENNA B. MAHONEY
                                                     CLERK OF COURT
        January 19, 2024                       by:  *Jalitza Poveda*
                                                                     Deputy Clerk